

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

### NO. AP-77,097

---

### THE STATE OF TEXAS

### v.

### TIMOTHY SINGLETON

---

### MOTION FOR INCREASED BAIL PENDING INDICTMENT PURSUANT TO CODE OF CRIMINAL PROCEDURE ARTICLE 16.16 CAUSE NO. 1670011 HARRIS COUNTY

---

*Per curiam*. KELLER, P.J., and YEARY, J., dissent.

### **O R D E R**

The State moves this Court to increase Timothy Singleton's bail, which was set at $500. TEX. CODE CRIM. PROC. art. 16.16. The State's motion is denied without prejudice to its ability to first pursue increased bail in a court of appeals with jurisdiction under Article 16.16. *See Padilla v. McDaniel,* 122 S.W.3d 805 (Tex. Crim. App. 2003).

ORDERED: April 9, 2020

DO NOT PUBLISH